STATE OF NEW JERSEY v. ROBERT TROY.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES R. KRESS.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN JORDAN.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE BROWN, JR.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JAMISON.

October 30, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. JAMES FREEMAN AND JAMES SMITH.

October 30, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. PETER BRESCIA.

November 12, 1973. Petition for certification denied.